United States Courts
Southern District of Texas
FILED

JUL 1 5 2015

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| v. | § § § | CRIMINAL NO. |
| STEVAN JAVIER SOLIS | § § | |

**15 CR 375**

<u>CRIMINAL INDICTMENT</u>

THE GRAND JURY CHARGES THAT:

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

<u>INTRODUCTION</u>

At all times material to this Indictment:

1. The term "minor" is defined, pursuant to Title 18, United States Code, Section 2256(1), as "any person under the age of eighteen years."

2. The term "child pornography," for purposes of this Indictment, is defined, pursuant to Title 18, United States Code, Section 2256(8)(A), as:

   "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where -

   (A)  the production of such visual depiction involves the use of a minor engaged in sexually explicit conduct"

3. The term "sexually explicit conduct" is defined, pursuant to Title 18, United States Code, Section 2256(2), as any:

   "actual or simulated -

   (i)  sexual intercourse, including genital [to] genital, oral [to] genital, anal [to] genital, or oral [to] anal, whether between persons of the same or opposite sex; [or]
   (ii) bestiality; [or]
   (iii) masturbation; [or]

1

    (iv)    sadistic or masochistic abuse; or

    (v)    [the] lascivious exhibition of the genitals or pubic area of any person."

4.    The term "computer" is defined, pursuant to Title 18, United States Code, Sections 2256(6) and 1030(e)(1), as any:

> "electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator or other similar device."

5.    The term "producing," for purposes of this Indictment, is defined, pursuant to Title 18, United States Code, Section 2256(3) and case law, as:

> "'producing, directing, manufacturing, issuing, publishing or advertising' and includes downloading or copying visual depictions from another source."

6.    The term "visual depiction" is defined, pursuant to Title 18, United States Code, Section 2256(5), as including, but is not limited to, any:

> "undeveloped film and videotape, and data stored on computer disk or by electronic means which is capable of conversion into a visual image."

## COUNT ONE
### (Receipt of Child Pornography)

On or about November 21, 2013, and June 24 – 25, 2014, within Southern District of Texas,

**STEVAN JAVIER SOLIS,**

defendant herein, did knowingly receive material that contains child pornography using any means and facility of interstate and foreign commerce.

**In violation of Title 18, United States Code, Section 2252A(a)(2)(B) and Section 2252A(b)(1).**

## COUNT TWO
### (Possession of Child Pornography)

On or about October 30, 2014, within the Southern District of Texas,

**STEVAN JAVIER SOLIS,**

defendant herein, did knowingly possess material that contained multiple images and videos of child pornography, which had been shipped and transported using any means and facility of interstate and foreign commerce, or which were produced using materials which have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer; more specifically, the defendant possessed a Dell desktop computer containing a Maxtor hard disk drive and a Dell desktop computer containing a Seagate hard disk drive, both of which contained video and still images of child pornography.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

## NOTICE OF FORFEITURE

### 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives the defendant notice that in the event of conviction for the offenses charged in Counts One and Two of the Indictment, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Counts One and Two; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Counts One and Two, or any property traceable to such property, including, but not limited to, the following:

1. One Dell desktop computer, model Dimension 4100, S/N CK80101, containing a Maxtor 20.4 GB hard disk drive, model 52049H4, S/N K40ZMV8CDK04A;

2. One Dell desktop computer, model Inspiron, S/N CMVWNN1, containing a Seagate 320 GB hard disk drive, model ST33204183, S/N 9VMSWP23.

A True Bill:

Original Signature on File
Grand Jury Foreperson

KENNETH MAGIDSON
United States Attorney

By: /s/ Sherri L. Zack
Sherri L. Zack
Assistant United States Attorney
713-567-9374